UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN RICHARDS,

    Plaintiff,

v.                                Case No.  8:11-cv-842-T-30MAP

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss With Prejudice (Dkt. #8).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Dismiss With Prejudice (Dkt. #8) is GRANTED.

2. This cause is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 2, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-842.dismiss 8.wpd